UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of a11 others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC a foreign limited liability company doing business as ASHLEY FURNITURE INDUSTRIES, INC.; ASHLEY GLOBAL RETAIL, LLC, a foreign limited liability company doing business as ASHLEY; ASHLEY PACIFIC NORTHWEST, LLC, a foreign limited liability company; and DOES 1-20,<br><br>Defendants. | NO.<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**JURY DEMAND**<br><br>(Removed from King County Superior Court, Case No. 23-2-19765-8 KNT) |

Defendants Ashley Furniture Industries, LLC, Ashley Furniture Industries, Inc.,[1] Ashley Global Retail, LLC, and Ashley Pacific Northwest, LLC (hereafter "Defendants"), by and through their undersigned counsel of record, hereby answer and respond to Plaintiff Alexander

---

[1] Defendant Ashley Furniture Industries, Inc., merged into Ashley Furniture Industries, LLC in December of 2020 and no longer exists as a separate entity. Defendants will move for dismissal of this entity if Plaintiff does not voluntarily agree to dismissal.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

Floyd's Class Action Complaint for Damages, Injunctive Relief, and Declaratory Relief (hereafter "Complaint") as follows, using like-numbered paragraphs and formatting:

## I. NATURE OF THE CASE

1. The allegations in Paragraph 1 state a legal conclusion to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself and is the best evidence of its contents.

2. The allegations in Paragraph 2 state legal conclusions to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself and is the best evidence of its contents.

3. The allegations in Paragraph 3 state legal conclusions to which no response is required. To the extent a response is required, Defendants answer that the cited legal authorities speak for themselves and are the best evidence of their contents.

4. To the extent paragraph 4 states one or more legal conclusions, no response is required. To the extent a response is required, Defendants admit only that Plaintiff purports to characterize the claims alleged in the Complaint, but generally and specifically deny that they are liable for the same or that Plaintiff is entitled to any of the requested relief.

## II. JURISDICTION AND VENUE

5. Defendants admit that this Court has jurisdiction over this matter.

6. Defendants admit that some of them transact business in King County, Washington, and that venue is proper in this Court. Except as expressly admitted, Defendants deny the allegations contained in Paragraph 6.

7. The allegations contained in Paragraph 7 state legal conclusions to which no response is required. To the extent a response is required, denied.

DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT  Page 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

### III.     PARTIES

8. Defendants admit that Plaintiff applied to work for one of the Defendants at its designated location in Spanaway, Washington. Defendants lack information as to the truth or falsity of the remaining allegations contained in Paragraph 8, and therefore deny the same.

9. Defendants admit that Defendant Ashley Furniture Industries, LLC is a foreign limited liability company. Except as expressly admitted, the allegations of Paragraph 9 are denied.

10. Defendants admit that Defendant Ashley Global Retail, LLC is a foreign limited liability company, and that it has offices and transacts business in King County, Washington. Except as expressly admitted, the allegations of Paragraph 10 are denied.

11. Defendants admit that Defendant Ashley Pacific Northwest, LLC is a foreign limited liability company. Except as expressly admitted, the allegations of Paragraph 11 are denied.

12. Defendants deny the allegations contained in Paragraph 12.

### IV.     FACTS APPLICABLE TO THE CLASS AND ALL CAUSES OF ACTION

13. The allegations contained in Paragraph 13 state legal conclusions to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself and is the best evidence of its contents.

14. The allegations contained in Paragraph 14 state legal conclusions to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself and is the best evidence of its contents.

15. Defendants admit that all defendants, with the exception of Defendant Ashley Furniture Industries, Inc., employ more than 15 individuals.

16. Defendants admit that some of the Defendants have received at least 40 applications in response to job postings and openings in Washington state since January 1, 2023. The remaining allegations contained in Paragraph 16 state legal conclusions to which no

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

response is required. To the extent a response is a required, except as expressly admitted, Defendants deny the same for lack of information.

17. Defendants admit that Plaintiff submitted an application on or about October 12, 2023, with Defendant Ashley Global Retail, LLC. The remaining allegations contained in Paragraph 17 constitute a legal conclusion to which no response is required. To the extent a response is a required, except as expressly admitted, Defendants deny the same.

18. Defendants admit that Plaintiff purports to bring his claims on a class. Defendants deny that class treatment is appropriate and further deny the remaining allegations contained in Paragraph 18 for lack of information.

19. Defendants admit that Plaintiff purports to bring his claims on a class. Defendants deny that class treatment is appropriate and further deny the remaining allegations contained in Paragraph 19 for lack of information.

20. The allegations contained in Paragraph 20 are a request for relief or legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 20.

## V. CLASS ACTION ALLEGATIONS

21. Defendants admit that Plaintiff purports to bring his claims on a class basis and that the allegations of paragraph 21 purport to be Plaintiff's characterization of the proposed class. Defendants deny that class treatment is appropriate. Defendants deny all remaining allegations in Paragraph 21.

22. Defendants admit that Plaintiff purports to bring his claims on a class basis and that the allegations of paragraph 22 purport to be Plaintiff's characterization of potential excluded members of the proposed class. Defendants deny that class treatment is appropriate. Defendants deny all remaining allegations in Paragraph 22.

23. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. Defendants admit the allegation

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

that there are potentially hundreds of individuals who applied for jobs with Defendants within the time period relevant to this matter. The remaining allegations contained in Paragraph 23 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the remaining allegations contained in Paragraph 23.

24. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. The allegations contained in Paragraph 24 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 24.

25. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. The allegations contained in Paragraph 25 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 25.

26. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. The allegations contained in Paragraph 26 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 26 for lack of information.

27. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. The allegations contained in Paragraph 27 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 27.

28. Defendants admit that Plaintiff purports to bring his claims on a class basis. However, Defendants deny that class treatment is appropriate. The allegations contained in Paragraph 28 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 28 for lack of information.

DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT  Page 5

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

## VI.  CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### VIOLATION OF RCW 49.58.110
### Claim Relief for Plaintiff and the Class

29. Defendants incorporate by reference their answers and responses to all prior paragraphs of the Complaint as if fully set forth herein.

30. Defendants deny the allegations contained in Paragraph 30.

31. Defendants admit that they have received applications from published job postings and openings since January 1, 2023. Defendants deny that class treatment is appropriate and the remaining allegations in Paragraph 31.

32. The allegations contained in Paragraph 32 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 32.

33. The allegations contained in Paragraph 33 constitute a request for relief or legal conclusion to which no response is required. To the extent a response is required, Defendants deny that class treatment is appropriate, and deny the allegations contained in Paragraph 33.

### SECOND CAUSE OF ACTION
### INJUNCTIVE RELIEF
### Claim of Relief for Plaintiff and the Class

34. Defendants incorporate by reference their answers and responses to all prior paragraphs of the Complaint as if fully set forth herein.

35. The allegations contained in Paragraph 35 constitute a request for relief and legal conclusion to which no response is required. To the extent a response is required, Defendants deny that class treatment is appropriate, and deny the allegations contained in Paragraph 35.

### THIRD CAUSE OF ACTION
### DECLARATORY RELIEF
### Claim of Relief for Plaintiff and the Class

36. Defendants incorporate by reference their answers and responses to all prior paragraphs of the Complaint as if fully set forth herein.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 6

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

37. The allegations contained in Paragraph 37 constitute a request for relief or legal conclusion to which no response is required. To the extent a response is required, Defendants deny that class treatment is appropriate, and deny the allegations contained in Paragraph 37.

38. The allegations contained in Paragraph 38 constitute a request for relief or legal conclusion to which no response is required. To the extent a response is required, Defendants deny that class treatment is appropriate, and deny the allegations contained in Paragraph 38.

### VII.   REQUEST FOR RELIEF

Defendants deny that Plaintiff is entitled to the relief sought or to any other relief.

### GENERAL DENIAL

Except as expressly admitted above, Defendants deny each and every allegation in the Complaint.

### AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND DEFENSE, Defendants allege the following affirmative defenses:

1. Those defenses enumerated in FRCP 12(b), which, at the option of the pleader, are being asserted herein rather than by motion pending further investigation and discovery.

2. To the extent Plaintiff or the real parties in interest have failed to mitigate their alleged damages, Defendants are not responsible for such damages.

3. To the extent Plaintiff's damages or the damages of the real parties in interest, if any such damages exist, were caused by Plaintiff, or others not under Defendants' control, or any other superseding cause, Defendants are not responsible for such damages.

4. Any damages recovered by Plaintiff or the real parties in interest must be offset by any compensation the real parties in interest have received or could have received with reasonable diligence for the period for which they seek damages.

DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT  Page 7

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

5. The actions and conduct of Defendants, to the extent they occurred as alleged, were objectively reasonable under the circumstances of which the Defendants were then and there aware and complied with all legal obligations.

6. The actions of the Defendants did not violate any clearly established statutory right of which they reasonably should have been aware.

7. All actions or inactions of the Defendants were justified, legal, legitimate, and made in good faith, with reasonable grounds for believing that their actions or inactions did not violate the law.

8. To the extent the doctrine of after-acquired evidence applies, pending further investigation and discovery, Defendants reserve the right to seek dismissal of some or all of Plaintiff's claims.

9. Plaintiff's proposed class fails to satisfy the prerequisites for class or collective treatment under applicable law and, therefore, the class or collective allegations in the Complaint should be stricken and dismissed.

10. Plaintiff's Complaint fails to adequately plead a valid class or collective claim in that it fails to state a valid claim for relief as to each allegedly similarly situated putative class member and fails to identify any other potential plaintiffs.

11. Class certification would be inappropriate due to conflicts of interest between Plaintiff and putative class members, or between and among putative class or subclass members.

12. Plaintiff's claims are barred to the extent that any award in this action would constitute unjust enrichment.

13. Plaintiff was not a good faith, or bona fide, applicant of Defendants.

14. Plaintiff's claims are barred by the doctrine of unclean hands.

15. Defendants reserve the right to amend this answer to assert additional defenses or affirmative defenses, counterclaims, third-party claims or cross-claims as may be appropriate

DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT Page 8

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

pending further discovery, and nothing contained in this Answer to Plaintiff's Complaint should be construed as a waiver of any such additional defenses or claims.

## **DEFENDANTS' PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's Complaint and having asserted their affirmative defenses thereto, Defendants pray for the following relief:

1. That Plaintiff's Complaint be dismissed with prejudice and without costs;

2. That Defendants be awarded their attorney fees and costs and any other statutory costs and disbursements herein to which they may be entitled under applicable law; and

3. For such other and further relief as the Court deems just and proper.

DATED this 16th day of November 2023.

FISHER & PHILLIPS LLP

By *s/Matthew J. Macario*
Matthew J. Macario, WSBA #26522
By *s/Catharine Morisset*
Catharine Morisset, WSBA #29682
By *s/Ryan R. Jones*
Ryan R. Jones, WSBA #52566

Fisher & Phillips LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Phone: 206-682-2308
Facsimile: 206-682-7908
Email: cmorisset@fisherphillips.com
Email: mmacario@fisherphillips.com
Email: rjones@fisherphillips.com

*Attorneys for Defendants*

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 9

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury of the laws of the United States that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

> Timothy W. Emery, WSBA No. 34078
> Patrick B. Reddy, WSBA No. 34092
> Paul Cipriani, WSBA No. 59991
> Emery Reddy, PLLC
> 600 Stewart Street, Suite 1100
> Seattle, WA 98101
> Email: emeryt@emeryreddy.com
> Email: reddyp@emeryreddy.com
> Email: paul@emeryreddy.com
> *Attorneys for Plaintiff*

DATED this 16th day of November, 2023, at Seattle, Washington.

s/Tammy Weisser
Tammy Weisser, Legal Secretary

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT  Page 10

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48788883.1